958

No. 12–6184. ANTONIO-AGUSTA, AKA ARTIAGA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–6185. ALEJO-PENA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6187. PARKER *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–6200. RUTHERFORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6208. CARRENO-GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6212. BURGOS-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–1200. HEPTING ET AL. *v.* AT&T CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 11–1428. CHEVRON CORP. *v.* CAMACHO NARANJO ET AL. C. A. 2d Cir. Motions of National Association of Manufacturers, Chamber of Commerce of the United States of America, and Halliburton Co. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of these motions and this petition.

No. 11–1431. BISTLINE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1459. VARGAS ET AL. *v.* CITY OF SALINAS, CALIFORNIA, ET AL. Ct. App. Cal., 6th App. Dist. Motions of Pacific Legal Foundation and Californians Aware et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–10629. DELGADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.